UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

BETH HAGER,

        Plaintiff,

v.                                                    Case No.  1:16-CV-296

ROBERT C. STEINERT,                      HON. GORDON J. QUIST
d/b/a American Credit Recovery
and d/b/a Debt Billing Recovery,

        Defendant.
_____/

## DEFAULT JUDGMENT

      In accordance with the Memorandum Order entered today, judgment is entered in favor of Plaintiff and against Defendant in the amount of $9,980.00, including statutory damages and attorneys fees, plus $515.00 in costs.


Dated:  October 14, 2016                                /s/ Gordon J. Quist
                                                                          GORDON J. QUIST
                                                            UNITED STATES DISTRICT JUDGE